DECEMBER 22, 1944

**No. 49902.**—SUIT 4443.— —*United States* v. *Little Joe Wiesenfeld Co.* C. D. 731 reversed October 30, 1944. C. A. D. 290.

BEFORE THE FIRST DIVISION, DECEMBER 23, 1944

**No. 49903.**—Protests 55166–K, etc., of Du Barry Novelty Co. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the beads in question composed wholly or in chief value of glass are similar in all material respects to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith this claim was sustained.

**No. 49904.**—Protest 109961–K of Lenart Import, Ltd. (New York).

Opinion by OLIVER, P. J. At the hearing a sample was introduced in evidence. This sample has been converted into an earring by the removal of the shank and the substitution of a sterling clip. A designer connected with the plaintiff company testified she was familiar with the importation in question and that the button introduced in evidence was one of the 141 pieces involved. It was conceded in open court that the buttons are embossed. On the record presented and following *United States* v. *Bailey* (30 C. C. P. A. 228, C. A. D. 237) the merchandise was held dutiable as claimed.

**No. 49905.**—Protest 976819–G of Bailey, Green & Elger, Inc. (New York).

Opinion by OLIVER, P. J. On the record presented and an examination of the samples in evidence the merchandise was held dutiable at 45 percent under paragraph 349 as claimed. *United States* v. *Bailey* (30 C. C. P. A. 228, C. A. D. 237) followed.